Filed 5/1/13  In re Patricia L. CA2/7

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8,1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SEVEN

| | |
|---|---|
| In re PATRICIA L., a Person Coming Under the Juvenile Court Law. | B243493 (Los Angeles County Super. Ct. No.KJ37213) |
| THE PEOPLE, Plaintiff and Respondent, v. PATRICIA L., Defendant and Appellant. | |

APPEAL from an order of the Superior Court of Los Angeles County, John C. Lawson II, Judge.  Affirmed.

Bruce G. Finebaum, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

_____

On February 21, 2012, Patricia L., then 16 years old, argued with Acela Saguilan, a neighbor, and punched and kicked Linda Torres, Saguilan's sister-in-law, during an argument in their apartment complex. Patricia was arrested, and admitted to officers that she had struck Torres.

The People filed a Welfare and Institutions Code section 602 petition alleging Patricia had committed two counts of misdemeanor battery (Pen. Code, § 242; count 1-Torres, count 2-Saguilan) and one count of misdemeanor assault (Pen. Code, § 240; count 3-Torres).

Following the jurisdiction hearing, the juvenile court found only that Patricia had committed battery on Torres as alleged in count 1, declared the offense a misdemeanor, and dismissed the remaining two counts. Without declaring Patricia a ward of the court, the juvenile court placed her on probation for six months pursuant to Welfare and Institutions Code section 725, subdivision (a).

Patricia filed a timely notice of appeal. We appointed counsel to represent Patricia on appeal. After examination of the record, counsel filed an opening brief in which no issues were raised. On February 4, 2013, we advised Patricia she had 30 days within which to personally submit any contentions or issues she wished us to consider. No response has been received to date.

We have examined the entire record and are satisfied Patricia's attorney has fully complied with the responsibilities of counsel and no arguable issues exist. (*Smith v. Robbins* (2000) 528 U.S. 259, 277-284 [120 S.Ct. 746, 145 L.Ed.2d 756]; *People v. Kelly* (2006) 40 Cal.4th 106, 112-113; *People v. Wende* (1979) 25 Cal.3d 436, 441.)

The order is affirmed.


**WOODS, J.**

**We concur:**


**PERLUSS, P. J.**                                    **ZELON, J.**

2